*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-----------------------------------------------------X
*In Re:*

**Royal Energy Properties LLC**

-----------------------------------------------------X

***ORDER OF DISMISSAL***
**FOR**
***FAILURE TO PROSECUTE***
***BANKRUPTCY APPEAL***

26-CV-07921 KMK

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: TAMMI M. HELLWIG, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Royal Energy Properties LLC
DATE OF FILING NOTICE OF APPEAL: 09/08/2026
BANKRUPTCY DOCUMENT #: 28

BANKRUPTCY CASE: **26-B-35727 (KYP)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

_X_ FRBP 8009
___ Federal Rules of Civil Procedure (Rule _____)
___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York

Dated: **September 24, 2026**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: Gwen Kinchen
Deputy Clerk

***ORDER***

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated September 24 2026
New York, New York

Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # ______________

Tammi M. Hellwig, Clerk
District Court, SDNY

By: ____________________
Deputy Clerk